UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUTCHINSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOROWITZ,<br><br>　　　　　　Defendant. | Case No. 16-cv-01448-JSC<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. Nos. 2, 6 |

Plaintiff is a California prisoner incarcerated at Mule Creek State Prison ("Mule Creek") in Ione, California. He claims that defendants violated his civil rights at Mule Creek. Mule Creek is in Amador County, which lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84. Venue for this civil rights action is therefore proper in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, and in the interests of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). This Court defers to the Eastern District for ruling on Plaintiff's applications to proceed in forma pauperis. (ECF Nos. 2, 6.) The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON HUTCHINSON,

    Plaintiff,

  v.

HOROWITZ,

    Defendant.

Case No.  16-cv-01448-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jon Hutchinson ID: J-60958
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: April 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2